

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of S.K., S.M., Jr., and A.M., Children

No. 06-18-00075-CV

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. FA-17-43335). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 7, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk